UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

IN RE:

STEPHEN SIGNORELLI,

                        Debtor,

-----------------------------------------------------------X

CASE NO.: 18-75214

CHAPTER: 7

JUDGE: HON. LOUIS A. SCARCELLA

HEARING DATE:
OCTOBER 4, 2018 AT 10:00 AM

## NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY

PLEASE TAKE NOTICE, that upon the application of Nationstar Mortgage d/b/a Mr. Cooper as servicer for U.S. Bank National Association, not in its individual capacity but solely as Trustee NRZ Pass-Through Trust X, the undersigned shall move this Court for an Order, (i) vacating any stay which may be in effect with respect to certain real property having an address on 5 Cloverwood Place, Islip, New York, 11751 (hereinafter the "Subject Property") pursuant to 11 U.S.C. § 362(d)(1); (ii) granting in rem relief with respect to the Subject Property for a period of at least two years pursuant to 11 U.S.C. § 362(d)(4)(A); and (iii) waiving the stay provision of Fed. R. Bankr. Pr. 4001(a)(3).

This motion shall be heard at the United States Bankruptcy Court, Eastern District, 290 Federal Plaza, Central Islip, NY 11722 on __October 4, 2018__ at 10:00 AM or as soon thereafter as counsel may be heard.

PLEASE TAKE FURTHER NOTICE, that answering affidavits, if any, must be served so as to be received not later than seven (7) days before the return date of this motion.

Dated: August 23, 2018

                                              By: /s/ Jonathan Schwalb
                                              Jonathan Schwalb, Esq.
                                              FRIEDMAN VARTOLO LLP
                                              Attorney for Nationstar Mortgage d/b/a Mr.
                                              Cooper as servicer for U.S. Bank National
                                              Association, not in its individual capacity but
                                              solely as Trustee NRZ Pass-Through Trust X
                                              85 Broad Street, Suite 501
                                              New York, New York 10004
                                              T: (212) 471-5100
                                              F: (212) 471-5150

To:

Stephen Signorelli
5 Cloverwood Place
Islip, NY 11751
***Debtor***

Richard L. Stern
Macco & Stern, LLP
2950 Express Drive South
Suite 109
Islandia, NY 11749
***Trustee***

United States Trustee
Long Island Federal Courthouse
560 Federal Plaza – Room 560
Central Islip, New York 11722-4437
***U.S. Trustee***